

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Cause number:              01-13-00857-CV

Style:                     In re Red Bluff LLC d/b/a The Courtyards at Pasadena

Date motion filed[*]:    November 15, 2013

Type of motion:       Motion for extension of time to file response

Party filing motion:    Real party in interest

Document to be filed:   Response to petition for writ of mandamus

Is appeal accelerated?     No

If motion to extend time:

      Original due date:             December 2, 2013

      Number of previous extensions granted:   0        Current Due date:  December 2, 2013

      Date Requested:           December 16, 2013

Ordered that motion is:

      ☑        Granted

                  If document is to be filed, document due:  December 16, 2013

                  ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐        Denied

      ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐        Other: _____

Judge's signature:   /s/ Evelyn V. Keyes
                    X Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: November 26, 2013